UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| IN THE MATTER OF TWO ADMINISTRATIVE SUBPOENAS *DUCES TECUM* SERVED UPON STEVEN P. AMATO, D.C. ON JANUARY 25, 2005 | ) ) ) ) ) ) ) ) ) ) Civil No. 05-CV-29-P-S |

## ORDER DENYING THE
## APPEAL OF MAGISTRATE JUDGE DECISION

The United States Magistrate Judge filed with the Court on June 17, 2005, a Memorandum of Decision and Order on Motion to Quash (Docket No. 14). Steven P. Amato filed a Response to the Appeal Docket No. 16) on July 15, 2005.

I have reviewed and considered the Magistrate Judge's Memorandum of Decision and Order, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Decision and Order; and I concur with the United States Magistrate Judge for the reasons set forth in his Memorandum of Decision and Order.

1. It is therefore ORDERED that the Memorandum of Decision and Order on Motion to Quash (Docket No. 14) is AFFIRMED.

2. Stephen P. Amato's Motion to Quash (Docket No. 2) is DENIED except insofar as it pertains to Category 10 of the section titled "Records To Be Produced" in both Subpoenas. The Subpoenas are hereby modified to exclude that category.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 20th day of July, 2005